KENNEDY, Respondent, v. GERMAN FIRE INS. CO., OF PEORIA, ILL., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Edwin T. Kennedy against the German Fire Insurance Company, of Peoria, Ill. No opinion. Motion to dismiss appeal denied,

without costs. Appeal ordered added to non-enumerated calendar at the present term of court, to be argued on third Friday.